United States District Court
Southern District of Texas
**ENTERED**
May 28, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| IGNACIO LARA, JR., <br> "Plaintiff," <br><br> v. <br><br> 1 UNKNOWN U.S. MARSHAL, ET AL., <br> "Defendants." | Civil Action No. 1:24-cv-00188 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation" (Dkt. No. 39) ("R&R"). The R&R recommends that the Court dismiss Plaintiff's "Complaint" (Dkt. No. 1) ("Complaint") and "Statement" (Dkt. No. 36) ("Amended Complaint") because the Complaint fails to state a claim on which relief may be granted, Defendants are immune from Plaintiff's claims, and Plaintiff's claims are frivolous. Dkt. No. 39.

The R&R was published and sent to Plaintiff by certified and regular mail April 10, 2025. This mail was returned as unclaimed May 7, 2025. Objections to the R&R were due May 21, 2025. Since no objections were filed to the R&R, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 39) is **ADOPTED**. Plaintiff's Complaint (Dkt. No. 1) and Amended Complaint (Dkt. No. 36) are **DISMISSED** with prejudice. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 28th day of May, 2025.

Rolando Olvera
United States District Judge